REQUEST FOR COURT ACTION / DIRECTION

TO: James Molinelli
Miscellaneous Clerk

OFFENSE: Importation of Heroin, 21 U.S.C. 952(a); Possession with Intent to Distribute Heroin, 21 U.S.C. 841(a)(1)

ORIGINAL SENTENCE: One hundred sixty (160) months imprisonment, as to Counts I and II to run concurrently with each other; Five (5) years supervised release, as to Counts I and II to run concurrently with each other

FROM: Theresa L. Maisano
U.S. Probation Officer

SPEC. CONDITIONS: Special assessment $100.00, due immediately..

AUSA: David Cora SD/FL

RE: Raquel Montalvo
Docket # 1:95 CR 1010-1 (SD/FL)

07CRIM1208

DATE OF SENTENCE: December 20, 1996

DATE: December 6, 2007

ATTACHMENTS:   PSI    JUDGMENT X    PREVIOUS REPORTS
VIOLATION  PETITION

REQUEST FOR:    WARRANT____    SUMMONS ____    COURT DIRECTION _X__

---

**TRANSFER OF JURISDICTION**

Reference is made to the above-mentioned offender who, on December 20, 1996, was sentenced by the Honorable Joan A. Lenard, United States District Judge, Southern District of Florida, to one hundred sixty (160) months imprisonment, followed by five (5) years supervised release. Montalvo was convicted of Importation of Heroin, 21 U.S.C. 952(a), a Class A Felony; Possession with Intent to Distribute Heroin, 21 U.S.C. 841(a)(1), a Class A Felony. A special assessment in the amount of one hundred (100) dollars was imposed.

The purpose of the correspondence is to request that jurisdiction be transferred to the Southern District of New York. This request is based on the fact that Montalvo is a longtime resident of New York, with various community ties and as such, is very unlikely to reside within the confines of the sentencing district.

On August 29, 2007, the Honorable Joan A. Lenard, agreed to a transfer of jurisdiction and executed the Probation Form 22.

In light of the aforementioned circumstances, we are requesting that jurisdiction be transferred to the Southern District of New York.

Enclosed is a Transfer of Jurisdiction Order for your review.

                                                  Respectfully Submitted,

                                                  Chris J. Stantion
                                                  Chief U.S. Probation Officer

By: *[signature]*
     Theresa L. Maisano
     U.S. Probation Officer
     (212) 805-5136

Approved By: *[signature]*
Paul Wodeshick
Supervising U.S. Probation Officer

---

JUDICIAL RESPONSE:

[ ] APPROVED

[ ] DENIED

[ ] OTHER

_____
Signature of Judicial Officer

_____
Date